IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROSEMARY A. SALERNO, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 19-00145-CV-W-BP |
| MPI MANAGEMENT, LLC, | ) |
| Defendant. | ) |

## JURY VERDICTS

# VERDICT FORM A

On Plaintiff Rosemary Salerno's claim against Defendant MPI Management LLC d/b/a Olshan Properties for gender discrimination, as submitted in Instruction No. 14, we find in favor of

_____ or _____*Defendant MPI Management*_____
(Plaintiff Rosemary Salerno)      (Defendant MPI Management LLC)

**NOTE:** Complete the remainder of this Verdict Form only if your finding is in favor of the plaintiff Rosemary Salerno. If your verdict is in favor of Defendant MPI Management LLC, please sign and date this Verdict Form A because you have completed your deliberation on this claim.

We find plaintiff Rosemary Salerno's damages, as defined in Instruction No. 15, to be:

For back pay, $_____ (state the amount or, if none, write the word "none").

For non-economic losses, $_____ (state the amount or, if none, write the word "none").

**NOTE:** You may not award punitive damages unless you have first found against the defendant and awarded the plaintiff damages in the preceding paragraph.

We assess punitive damages against Defendant MPI Management LLC as defined in Instruction No. 16, as follows:

$_____ (state the amount or, if none, write the word "none").

Dated: _10/9/20_                              _Renée Molloy_
                                              Foreperson

## VERDICT FORM B

On Plaintiff Rosemary Salerno's claim against Defendant MPI Management LLC d/b/a Olshan Properties for terminating Plaintiff Rosemary Salerno in violation of Missouri's Whistleblower's Protection Act, as submitted in Instruction No. 17, we find in favor of

_Plantiff Rosemary Salerno_
(Plaintiff Rosemary Salerno)  or  (Defendant MPI Management LLC)

**NOTE:** Complete the remainder of this Verdict Form only if your finding is in favor of the plaintiff Rosemary Salerno. If your verdict is in favor of Defendant MPI Management LLC, please sign and date this Verdict Form B because you have completed your deliberation on this claim.

We find plaintiff Rosemary Salerno's damages, as defined in Instruction No. 18, to be:

$ _146,490.00_ (state the amount or, if none, write the word "none").

**NOTE:** You may not award liquidated damages unless you have first found against the defendant and awarded the plaintiff damages in the preceding paragraph.

We find that Defendant ___is___ liable for liquidated damages as defined in
(is / is not)

Instruction No. 19.

Dated: _10/9/20_                    _Renee Molloy_
                                    Foreperson

# VERDICT FORM C

On Plaintiff Rosemary Salerno's claim against Defendant MPI Management LLC d/b/a Olshan Properties for retaliation, as submitted in Instruction No. 20, we find in favor of

_Plantiff Rosemary Salerno_
(Plaintiff Rosemary Salerno)     or     (Defendant MPI Management LLC)

**NOTE:** Complete the remainder of this form only if your finding above is in favor of the plaintiff, Rosemary Salerno. If your verdict is in favor of Defendant MPI Management LLC, please sign and date this Verdict Form C because you have completed your deliberation on this claim.

We find plaintiff Rosemary Salerno's damages, as defined in Instruction No. 21, to be:

For non-economic losses, $ _500,000_ (state the amount or, if none, write the word "none").

**NOTE:** You may not award punitive damages unless you have first found against the defendant and awarded the plaintiff damages.

We assess punitive damages against defendant MPI Management LLC as defined in Instruction No. 22, as follows:

$ _4 million_ (state the amount or, if none, write the word "none").

Dated: _10/9/20_

_Renee Molloy_
Foreperson