IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

ROSEMARY A. SALERNO,                )
                          Plaintiff,          )
                                          )        Case No. 19-00145-CV-W-BP
        vs.                              )
                                          )
MPI MANAGEMENT, LLC,                )
                          Defendant.          )


__X__   **Jury Verdict.**   This action came before the Court for a trial by jury.  The issues have
been tried and the jury has rendered its verdict.

_____   **Decision by Court.**   The issues have been considered and a decision has been rendered
by the Court.


Defendant Zona Rosa Town Center, LLC dismissed by Plaintiff in open court on October 5, 2020.

Judgment on Count I for Defendant MPI Management LLC and against Plaintiff Rosemary Salerno pursuant to jury verdict rendered on October 9, 2020.

Judgment on Count II for Plaintiff Rosemary Salerno and against Defendant MPI Management LLC in the amount of $439,470 pursuant to jury verdict rendered on October 9, 2020.

Judgment on Count III for Plaintiff Rosemary Salerno and against Defendant MPI Management LLC in the amount of $4.5 million pursuant to jury verdict rendered on October 9, 2020.


                                        PAIGE WYMORE-WYNN,
                                        Clerk of Court


Date:    October 9, 2020                /s/ Terri Moore____
                                        (by) Terri Moore, Deputy Clerk