**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| ROSEMARY A. SALERNO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-0145-CV-W-BP |
| | ) |
| MPI MANAGEMENT, LLC d/b/a | ) |
| OLSHAN PROPERTIES, ET AL., | ) |
| | ) |
| Defendants. | ) |

**AMEDNED JUDGMENT IN A CIVIL CASE**

___X___  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

___X____ **Decision by Court.**  This action has come before the Court as a briefed matter and a decision has been rendered.

# ORDERED:

Defendant Zona Rosa Town Center, LLC dismissed by Plaintiff in open court on October 5, 2020.

Judgment on Count I for Defendant MPI Management LLC and against Plaintiff Rosemary Salerno pursuant to jury verdict rendered on October 9, 2020.

Judgment on Count II for Plaintiff Rosemary Salerno and against Defendant MPI Management LLC in the amount of $439,470 pursuant to jury verdict rendered on October 9, 2020.

Judgment on Count III for Plaintiff Rosemary Salerno and against Defendant MPI Management LLC in the amount of $500,000 pursuant to jury verdict rendered on October 9, 2020 and Order dated March 2, 2021

Attorney Fees in the amount of $518,027.88 awarded to Plaintiff pursuant to Order dated March 2, 2021.

Prejudgment Interest in the amount of $19,908.43 awarded to Plaintiff pursuant to Order dated March 2, 2021.

Dated : 3/2/2021

/s/Paige Wymore-Wynn
Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk