IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROSEMARY A. SALERNO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MPI MANAGEMENT, LLC d/b/a )<br>OLSHAN PROPERTIES, )<br>)<br>Defendant. ) | Case No. 19-CV-00145-BP |

**PLAINTIFF'S ACKNOWLEDGMENT OF**
**RECEIPT AND SATISFACTION OF JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 60(b), Plaintiff Rosemary A. Salerno hereby acknowledges receipt and full satisfaction of the judgment against Defendant MPI Management, LLC d/b/a Olshan Properties, pursuant to the Court's Second Amended Judgment dated March 19, 2021.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By  /s/ Athena M. Dickson
Rik N. Siro                       MO #33908
Eric W. Smith                  MO #47108
Athena M. Dickson         MO #55104
Raymond A. Dake           MO #62829
Ryan P. McEnaney          MO #70235
1621 Baltimore Avenue
Kansas City, Missouri  64108
816.471.4881 (Tel)
816.471.4883 (Fax)
rsiro@sirosmithdickson.com (email)
esmith@sirosmithdickson.com (email)
adickson@sirosmithdickson.com (email)

rdake@sirosmithdickson.com (email)
rmcenaney@sirosmithdickson.com (email)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system on October 4, 2021, which system sent notification of such filing electronically to the following counsel of record:

Spring E. Taylor
FISHER & PHILLIPS LLP
4900 Main Street, Suite 650
Kansas City, Missouri 64112
staylor@fisherphillips.com

Samuel N. Lillard
FISHER & PHILLIPS LLP
250 West Street, Suite 400
Columbus, OH 43215
slillard@fisherphillips.com

Ariel C. Kelly
FISHER & PHILLIPS LLP
3310 West End Avenue, Suite 500
Nashville, TN 37203
akelly@fisherphillips.com

**ATTORNEYS FOR DEFENDANT**

　　　　　　　　　　　　　　　　/s/ Athena M. Dickson
　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF